# Court of Appeals
# of the State of Georgia

ATLANTA, April 11, 2017

*The Court of Appeals hereby passes the following order:*

## A16A2142.  ROBERT D. GLOVER v. HEATHER M. GLOVER.

In 2014, the trial court entered a stalking protective order against Robert D. Glover prohibiting him from contacting his ex-wife.  Glover later filed various pro se motions seeking to attack the protective order, including a petition for mandamus. The trial court denied all motions, and Glover appealed to this Court.  We transferred the appeal to the Supreme Court because the case appeared to invoke that Court's subject matter jurisdiction over extraordinary remedies.  The Supreme Court returned the case here, however, upon finding that the mandamus issue was moot.  We have reinstated the case, but we now dismiss it because Glover failed to follow the appropriate appellate procedure.

A party must file an application for discretionary appeal to obtain review of a protective order that was entered in an action brought under the Family Violence Act because such cases are domestic relations cases within the meaning of OCGA § 5-6-35 (a) (2). See *Schmidt v. Schmidt*, 270 Ga. 461 (1) (510 SE2d 810) (1999).  Glover's failure to follow the discretionary appeal procedure deprives us of jurisdiction over

this direct appeal, which is hereby DISMISSED. Glover's motions for "non-consideration" are DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,   04/11/2017  *
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*_____, Clerk.*